■ SUSIE DAMAIO, Respondent, v. EMILY DIDIA et al., Appellants.—■

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.